UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**Case Number 13-20119-CIV-MARTINEZ-MCALILEY**

RUBEN DARIO CEDENO,

    Plaintiff,

vs.

AUDIE GABRIEL NUNEZ PADRON and
MARIA ROSA PEREZ FRONTADO,

    Defendants.
_____/

## **PROPOSED VOIR DIRE QUESTIONS**

    Defendants, *Audie Gabriel Nunez Padron and Maria Rosa Perez Frontado*, pursuant to Rule 47(a) of the Federal Rules of Civil Procedure, requests that the court ask the following questions of prospective jurors, or in the alternative, permit counsel to do so:

1. <u>Personal History</u>.

(a) Please state your name, home address, and age.

(b) What is your marital status? Please state the names and ages of your spouse, your children, and the names and ages of any other person with whom you reside.

2. <u>Employment History</u>.

(a) Are you presently employed? If so, please state by whom and in what position. How long have you held that position? If you have been in your present position for less than *[number of years]* years, please give your employment history for the last *[number of years]* years, including the reasons for changing jobs.

(b) By whom is your spouse employed, your children, other members of your immediate family, and any other persons with whom you reside? What jobs or positions do they hold with their employers?

(c) Have you or your spouse ever been unemployed for an extended period of time? If so, please state when this occurred, and the reason for the unemployment.

(d) Have you or your spouse or family member ever been employed in a household? If so, state when this occurred, the employer involved, and the type of work you performed. Were you compensated? How much? Is there anything about that experience that would make you feel uncomfortable sitting as a juror in this case?

(e) Have you or your spouse or family member ever been employed by a family? If so, state when this occurred, the employer involved, and the type of work you performed. Were you compensated? How much? Is there anything about that experience that would make you feel uncomfortable sitting as a juror in this case?

(f) Have you or your spouse or family member ever owned a business? If so, state when this occurred, the type of work you performed. Did you have employees? Is there anything about that experience that would make you feel uncomfortable sitting as a juror in this case?

(g) Have you or your spouse or family member ever been involved in a dispute with an employer with regard to whether or not you were being compensated adequately? If so, please describe it.

3. FLSA claims.

(a) Do you have a housekeeper? Do you have domestic help or someone you employ to assist you with domestic services? Do you compensate that person? Do you keep record of when they work?

(b) Has a friend ever performed favors for you? Did you compensate your friend? Did your friend ever request payment for the favors?

(c) Have you ever performed favors for friends? Were you compensated for those favors? Did you expect to be compensated? Did you seek payment from your friend? Did your friend offer to pay you?

(d) Have you ever felt like you were taken advantage of by a friend while performing favors? Have you ever considered bringing a lawsuit against a friend because you felt taken advantage of?

(e) Can you decide a case on very narrow issues of fact? Can you focus on the claims presented and without regard to additional issues that might be discussed but are not relevant to the case?

(f) Do you think one party to a relationship is responsible for the actions of the other party just because they are in a relationship?

4. <u>Litigation History</u>.

(a) Have you or your spouse or family member ever been personally involved in lawsuit, either as a party, witness, or otherwise? If so, please describe in your own words the nature of the lawsuit and your association with it, including the type of case, whether you were a plaintiff or a defendant, and the outcome of the case, In general, what were your feelings about the experience? Did you believe the result was fair or unfair and why?

(b) Have you or your spouse or family member ever filed a grievance, charge, or other complaint or protest against an employer? If so, please describe the circumstances surrounding the action.

5. <u>Prior Jury Service</u>.
Have you ever served on a jury before? If so, please state when, the length of your jury service, the nature of the case or cases in which you were involved and the outcome of the case or cases.

6. <u>Knowledge of the Parties and Counsel</u>.

(a) Are you acquainted in any way with the plaintiff in this case, Ruben Cedeno? Are you acquainted with Ruben Cedeno's spouse, Ada Alonso, family or friends? If so, please describe the nature and extent of your relationship?

(b) Do you know or have you ever had any dealings with the plaintiff's attorney, *[name of attorney for plaintiff]*? If so, please describe the nature and extent of those dealings or contacts.

(c) Have you ever had any dealings with the defendants, Audie Nunez or Maria Frontado? If so, please describe those dealings.

(d) Do you know or have you had any dealings with the attorneys representing Defendants, Kenneth Minerley and Christen Ritchey? If so, please describe the nature and extent of those dealings.

(d) Do you know or have you had any dealings with David Kline, President of Larry Kline

Wholesale Meats and Provisions, Inc. or anyone who works for that company? If so, please describe the nature and extent of those dealings.

(e) Do you know or have you had any dealings with Robert Hammons, CEO of Partsbase, Inc., or anyone who works for that company? If so, please describe the nature and extent of those dealings.

(f) Do you know or have you had any dealings with Antonio Ruso, President of Unity General Distributors II, Inc. or anyone who works for that company? If so, please describe the nature and extent of those dealings.

(g) Do you know or have you had any dealings with Gustavo Escobar, President of Gustavo Escobar Corp. Inc., or anyone who works for that company? If so, please describe the nature and extent of those dealings.

7. <u>Prejudice</u>.
Do you know of any reason which I have not asked you about which you think would make it impossible for you to be a fair and impartial juror in this case? If so, explain.

8. <u>Trial time</u>

(a) This trial will take four days; will that impose any hardship on you? If so, please explain.

(b) Do you have any personal obligations that might distract you or make it difficult for you to sit on this jury? If so, please explain.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of November, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

**MINERLEY FEIN, P.A.**
Attorneys For Defendants
1200 North Federal Highway, Suite 420
Boca Raton, Florida  33432
Telephone: (561) 362-6699
Facsimile:  (561) 447-9884

By:/s/ Christen C. Ritchey, Esq.
Christen C. Ritchey
FBN 14089
Primary E-mail:
Christen@minerleyfein.com
Secondary E-mail:
Fileclerk@minerleyfein.com
Litigation@minerleyfein.com